In the Matter of the Claim of Julia Flammer, Respondent, against Bethlehem Steel Company, Appellant.

State Industrial Board, Respondent.

Argued January 24, 1946; decided March 7, 1946.

*John S. O'Donnell* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Orrin G. Judd* and *Emmeline E. Ferris* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.